# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

N. Neville Reid

                       Plaintiff,

v.                                                       Case No.: 1:20−cv−04416

                                                              Honorable John J. Tharp Jr.

Michael Wolf, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 13, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:In light of the Trustee's status report [19] informing the Court that the adversary proceeding underlying this action to withdraw the reference has been dismissed, this action is now moot and is accordingly dismissed. All pending deadlines are stricken and any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.